UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER JOHNSON, | |
| Plaintiff, | |
| v. | Case No. C04-5865RJB |
| Dr. JOHN HENRY LEE, | ORDER DENYING MOTION |
| Defendant. | |

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's request to have the summons and complaint "forwarded" to Dr. Lee, the only named defendant.

The file reflects that the United States Marshals Office attempted to serve Dr. Lee at the address provided by the plaintiff and the documents were returned un-executed as Dr. Lee no longer works at the facility. (Dkt. # 10). A courtesy copy of the complaint was sent to the Attorney Generals Office and by letter they indicate there is no Dr. Lee at either Clallam Bay or Shelton and they have no idea whom plaintiff may be trying to sue. (Dkt. # 11).

Plaintiff asks that the documents be forwarded and indicates the $8.00 forwarding fee box on

ORDER - 1

the forms indicates the form would be forwarded. (Dkt. # 12 page 1). The $8.00 forwarding fee was the amount needed to send the documents from court to the address provided by the plaintiff, at the Corrections Center in Shelton. Neither the court nor the Untied States Marshals Service has a forwarding address for Dr. Lee. Accordingly the plaintiff's motion is **DENIED.**

Plaintiff will need to provide a new address where service can be attempted. Failure to provide that address in thirty days will result in an order to show cause why this action should not be dismissed.

The Clerk is directed to send a copy of this Order to plaintiff and note this matter for the court's November 25th 2005 calendar.

DATED this 20th day of October 2005.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2